IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

EDGAR J. MERRITT,

        Plaintiff,

v.                                          Civil Action No. 2:06-cv-00061

ARMSTRONG WOOD PRODUCTS, INC.,
a Foreign Corporation.

        Defendant.

FILED SEP 24 2007
U.S. DISTRICT COURT
ELKINS WV 26241

## AGREED ORDER

On this day came Plaintiff Edgar J. Merritt, by counsel, and Defendant Armstrong Wood Products, Inc., by counsel, and presented to the Court this Agreed Order for an extension of one of the deadlines contained in this Court's Scheduling Order entered November 9, 2006.

There being agreement among the parties on the matters addressed herein, and the Court perceiving no objection, the Court FINDS good cause exists to support the extension of the deadline set forth below. Accordingly, it is ORDERED that the Scheduling Order, entered on November 9, 2006, be modified to establish the following deadline:

1. All dispositive motions, as well as deposition transcripts, admissions, documents, affidavits, and any other such matters in support thereof, shall be filed on or before September 21, 2007. Responses and replies shall be due pursuant to the Local Rules of Civil Procedure. A dispositive motion unsupported by a memorandum of law will be denied without prejudice. Local Rule of Civil Procedure 7.02 governs the length of the memorandum of law.

CL1186636.1

The Court DIRECTS the Clerk to forward a copy of this Order to counsel of record and any unrepresented parties.

ENTER September 24, 2007

_____
JUDGE

APPROVED:

/s/ Gregory R. Tingler    (ihc w/permission 8/31/07)
David A. Sims (W. Va. Bar No. 5196)
david.sims@mywvlawyer.com
Gregory R. Tingler (W. Va. Bar No. 7804)
gregory.tingler@mywvlawyer.com
Melissa A. Coffman (W. Va. Bar No. 10037)
melissa.coffman@mywvlawyer.com
Law Offices of David A. Sims, PLLC
P.O. Box 2659
Elkins, WV 26241
Telephone   (304) 636-8000
Facsimile   (304) 636-8001


/s/ James M. Wilson
James M. Wilson (W. Va. Bar No. 4080)
james.wilson@steptoe-johnson.com
Lori A. Dawkins (W.Va. Bar No. 6880)
lori.dawkins@steptoe-johnson.com
Steptoe & Johnson PLLC
Chase Tower, Sixth Floor
P.O. Box 2190
Clarksburg, WV 26301-2190
Telephone   (304) 624-8000
Facsimile   (304) 624-8183

CL1186636.1